UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER C JOHNSON.,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>Early Warning Services, LLC.,<br>　　　　　　　　Defendant. | Case No: 3:25-cv-05589-KKE<br><br>**Motion to Dismiss**<br><br>Jury Trial:  Yes<br><br>Honorable Kymberly K. Evanson, presiding |

## **MOTION TO DISMISS**

Plaintiff, Christopher C. Johnson pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety without prejudice.

Defendant Early Warning Services, LLC has not filed an answer or motion for summary judgment, and no order of dismissal is required.

Date: 7/23/2025

　　　　　　　　　　　　　　　　　　　　　　/s/  Christopher C Johnson
　　　　　　　　　　　　　　　　　　　　　　5613 121st Street Court E #1
　　　　　　　　　　　　　　　　　　　　　　Puyallup, WA 98373
　　　　　　　　　　　　　　　　　　　　　　cejay80@gmail.com

COMPLAINT FOR A CIVIL CASE - 1