UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER C. JOHNSON, | CASE NO. C25-5589-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| EARLY WARNING SERVICES, LLC, | |
| Defendant(s). | |

Plaintiff has notified the Court of his intent to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 8. Accordingly, this matter is DISMISSED without prejudice and the clerk is directed to administratively close this case.

Dated this 24th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1