UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER C. JOHNSON, <br><br> Plaintiff(s), <br><br> v. <br><br> EARLY WARNING SERVICES, LLC, <br><br> Defendant(s). | CASE NO. C25-5589-KKE <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

After Plaintiff filed a motion for voluntary dismissal without prejudice, he filed an amended motion for voluntary dismissal with prejudice. *See* Dkt. No. 10. The Court GRANTS Plaintiff's amended motion and ORDERS that this matter is DISMISSED with prejudice.

Dated this 28th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1